The People of the State of Illinois, defendant in error, v. Helen Jankowski, plaintiff in error. Gen. No. 31,164.

Conviction and sentence for assault to commit mayhem and for maliciously destroying eyesight.    Error to the Criminal Court of Cook county; the Hon. Worth E. Caylor, Judge, presiding.    Heard in the third division of this court for the first district at the October term, 1926.    Affirmed.    Opinion filed March 2, 1927.    Rehearing denied March 15, 1927.

Forest Garfield Smith, for plaintiff in error.    Robert E. Crowe, State's Attorney, for defendant in error; Clarence E. Nelson and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

Sarah R. Wilde and Esther C. Ralph, individually and as assignees of Margaret A. Allen, appellants, v. Thearle Duffield Fireworks Display Company, appellee. Gen. No. 31,199.

Appeal from order vacating default judgment against defendant on his petition made after his motion therefor.    Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding.    Heard in the third division of this court for the first district at the October term, 1926.    Reversed and cause remanded.    Opinion filed March 2, 1927.

E. S. & J. W. Cummings, for appellants; J. W. Cummings, of counsel.    Edward Maher, for appellee; George A. Gordon, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

James A. Brophy, defendant in error, v. Bertha Feigen et al., plaintiffs in error. Gen. No. 31,185.

Bill to remove cloud on title, for surrender of deeds and retention of earnest money.    Decree for complainant.    Error to the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding.    Heard in the first division of this court for the first district at the October term, 1926.    Affirmed.    Opinion filed March 14, 1927.

Joseph Rosenberg and Hyman J. Rosenberg, for plaintiffs in error. Everett M. Swain, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Nick Palzkill, appellant, v. Ray Chambers and W. H. Chambers, appellees. Gen. No. 31,276.

Appeal from order vacating judgment against defendant on ground his attorney's appearance was unauthorized.    Appeal from the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding.    Heard in the first division of this court for the first district at the October term, 1926.    Affirmed.    Opinion filed March 14, 1927.

Nelson & Ricker, for appellant; Joseph B. Hermes, of counsel. William Slack, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.